**No. 53596.**—B. Weinstein & Sons, Inc. v. United States, petition 6681–R (New York).

Opinion by COLE, J. The record disclosed that the circumstances surrounding entry and final appraisement of the present merchandise were identical with those in Abstract 53591. The uncontradicted testimony established that the entry of the merchandise at a less value than that found by the appraiser was without intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the customs officials as to the value of the merchandise. The petition was therefore granted.

BEFORE THE FIRST DIVISON, OCTOBER 5, 1949

**No. 53597.**—La Casa Mexicana v. United States, petition 6703–R (Laredo).

Opinion by COLE, J. From the record presented it was held that the entry of the merchandise at a value less than that found on final appraisement was without intention to defraud the revenue of the United States or to conceal or misrepresent the facts or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE FIRST DIVISION, OCTOBER 6, 1949

**No. 53598.**—Winthrop-Stearns, Inc. v. United States, protests 148915–K and 148916–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise consists of concentrated ox gall the same in all material respects as the substance passed upon in G. D. Searle & Co. v. United States (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.